# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0511

VERSUS

NICKEY A. LANDOR

**AUGUST 12, 2022**

---

In Re:   Nickey A. Landor, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 518,531.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** The three predicates used to adjudicate relator as a habitual offender met the criteria for enhancement under the applicable version of the habitual offender statute in effect in 2006. See La. R.S. 15:529.1K(1). Accordingly, relator was properly adjudicated and sentenced as a fourth-felony habitual offender. Therefore, the district court did not err by denying relator's fifth motion to correct an illegal sentence.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT